COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case number:  01-12-00393-CV

Style:  *Memorial Herman Surgery Center Texas Medical Center, L.L.P., Appellant v. Lester Smith & Patricia Nelson-Smith, Appellees*

Type of motion:        Motion for rehearing

Party filing motion:    Appellees

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:   April 8, 2013